IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| EUGENIO VARGAS<br>Plaintiff,<br><br>V.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK AND ERIK HARRIS<br>Defendants. | §§§§§§§§§§§§§§§§§ | Case No. _____ |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Plaintiff, EUGENIO VARGAS, and hereby certifies that the following persons or entities have a financial interest in the outcome of this allegation and will be notified via Certified Mail, Return Receipt Requested, and U.S. First Class Mail:

Plaintiff:   Eugenio Vargas
             4701 Hayloft Ct.,
             El Dorado Hills, CA 95762


Defendant:   Association of Professional Flight Attendants
             c/o National President, Julie Hedrick at APFA headquarters
             1004 W. Euless Blvd.
             Euless, Texas 76040
             CMRRR: 7021 2720 0002 1452 8096

             Julie Hedrick at her place of employment APFA Headquarters located at
             1004 W. Euless Blvd
             Euless, Texas 76040
             CMRRR: 7021 2720 0002 1452 8065

Erik Harris at his place of employment APFA Headquarters located at
1004 W. Euless Blvd
Euless, Texas 76040
CMRRR: 7021 2720 0002 1452 8072

        Respectfully submitted,
        K.D. PHILLIPS LAW FIRM, PLLC

        By: /s/ Kerri Phillips
        Kerri Phillips, Esq.
        Texas Bar No. 24065906

        Heather Abreu, Esq.
        Texas Bar No. 24122577

        Phone: (972) 327-5800
        5700 Tennyson Parkway, Suite 300
        Plano, Texas 75024
        Fax: (940) 400-0089
        For Service of Filings:
        notice@KDphillipslaw.com
        **ATTORNEY FOR PLAINTIFF**