UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

EUGENIO VARGAS  §
*Plaintiff*  §
  §
  §
v.  §  Case No. 4:22-cv-00430-O
ASSSOCIATOIN OF PROFESSIONAL FLIGHT  §
ATTENDANTS, JULIE HEDRICK AND  §
ERIK HARRIS  §
*Defendant*  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Association of Professional Flight Attendants, with offices at

1004 W. Euless Boulevard
(Street Address)

Euless        TX        76040
(City)        (State)        (Zip Code)

817-540-0108        817-355-1919
(Telephone No.)        (Fax No.)

**II.**   Applicant will sign all filings with the name  Margot A. Nikitas.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Association of Professional Flight Attendants, Julie Hedrick, and Erik Harris

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ____Illinois____, where Applicant regularly practices law.

Bar license number: 6309782    Admission date: 11/01/2012

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Pennsylvania | 11/20/2013 | Active |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:

05/17/22

Case No. And Style:

Bob Ross v. Association of Professional Flight Attendants, Julie Hedrick and Erik Harris, Case No. 4:22-CV-00343-Y

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Sanford Denison (Tx. Bar No. 0565560), Baab & Denison, LLP. , who has offices at

6301 Gaston Ave., Ste. 550
(Street Address)

Dallas                                      TX                 75214
(City)                                      (State)            (Zip Code)

214-637-0750                                214-637-0730
(Telephone No.)                             (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17th   day of  June  , 2022  .

Margot A. Nikitas
Printed Name of Applicant

*Margot Nikitas*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/16/2022

Re: Margot Ann Nikitas
Attorney No. 6309782

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Margot Ann Nikitas was admitted to practice law in Illinois on 11/1/2012; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar