IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EUGENIO VARGAS, § | |
| § | |
| Plaintiff/Counterclaim Defendant, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00430-O |
| § | |
| ASSOCIATION OF PROFESSIONAL § | |
| FLIGHT ATTENDANTS, JULIE § | |
| HEDRICK, AND ERIK HARRIS, § | |
| § | |
| Defendants/Counterclaim Plaintiff. § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission *Pro Hac Vice* of

_____MARGOT A. NIKITAS_____.

It is ORDERED that:

☐     the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐     the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____      _____
DATE                                          REED O'CONNOR
                                                                 UNITED STATES DISTRICT JUDGE