IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| EUGENIO VARGAS § <br> Plaintiff/Counter-Defendant, § <br> § <br> § <br> § <br> § <br> § <br> § <br> V. § <br> § <br> ASSOCIATION OF PROFESSIONAL § <br> FLIGHT ATTENDANTS, JULIE § <br> HEDRICK AND ERIK HARRIS § <br> Defendants/Counter-Plaintiffs. § <br> § <br> § | Case No. 4:22-CV00430 |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Plaintiff/Counter-Defendant, Eugenio Vargas, and hereby certifies that the following persons or entities have a financial interest in the outcome of this allegation are as follows pursuant to Fed. R. Civ. P. 7.1 and LR 3.1©, LR 3.2€, L.R. 7.4, LR 81.1(a)(4)(D) and LR 81.2:

Date:                               July 1, 2022

Plaintiff/Counter-Defendant:        Eugenio Vargas

Defendants/Counter-Plaintiffs:      Association of Professional Flight Attendants

                                    Julie Hedrick at her place of employment APFA Headquarters

                                    Erik Harris at his place of employment APFA Headquarters

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips, Esq.
Texas Bar No. 24065906

Heather Abreu, Esq.
Texas Bar No. 24122577

Phone: (972) 327-5800
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com
**ATTORNEYS FOR PLAINTIFF/COUNTER DEFENDANT**