**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **EUGENIO VARGAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-00430-O** |
| | § | |
| **ASSOCIATION OF PROFESSIONAL** | § | |
| **FLIGHT ATTENDANTS, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff filed this case in the United States District Court for the Northern District of Texas on May 17, 2022. Weeks prior, another plaintiff filed a similar suit in the same court against the same defendant, Association of Professional Flight Attendants. *See* 4:22-cv-00343-Y. The same counsel is involved in both suits. In the interest of efficiency, the Court **TRANSFERS** this action to Judge Means of the Fort Worth Division of the Northern District of Texas.

**SO ORDERED** on this **6th day** of **July, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**