IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
FORT WORTH DIVISION

| | | |
|---|---|---|
| EUGENIO VARGAS, | § § § | |
| Plaintiff/Counterclaim Defendant, | § § § | |
| v. | § § § | Civil Action No. 4:22-cv-00430 |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, AND ERIK HARRIS, | § § § § § | |
| Defendants/Counterclaim Plaintiffs. | § | |

## PLAINTIFF/COUNTERCLAIM DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY

**COMES NOW**, the Plaintiff/Counterclaim Defendant, EUGENIO VARGAS, by and through their undersigned counsel and hereby certifies that on this 28th day of July 2022 the following written discovery was served in this case on the Defendants/Counterclaim Plaintiffs, ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, AND ERIK HARRIS, by and through their counsels, via email to Sandford R. Denison, Margot A. Nikitas and William W. Osborne at denison@baabdenison.com, MNikitas@apfa.org, and b.osborne@osbornelaw.com, respectively the following:

1. Plaintiff's/Counterclaim Defendant's First Requests for Production to Defendants/Counterclaim Plaintiffs.

**DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY – Page 1**

        Respectfully submitted,
        KD PHILLIPS LAW FIRM, PLLC

By: */s/ Kerri Phillips*
     Kerri Phillips, Esq.
     Texas Bar No. 24065906
     Phone: (972) 327-5800
     Email: kerri@KDphillipslaw.com
     5700 Tennyson Parkway, Suite 300
     Plano, Texas 75024
     Fax: (940) 400-0089
     For Service of Filings:
     notice@KDphillipslaw.com
     **ATTORNEY FOR PLAINTIFF/COUNTERCLAIM DEFENDANT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of July 2022 a true and correct copy of the foregoing instrument was served upon Plaintiff's attorney via the e-filing manager and email to at denison@baabdenison.com, MNikitas@apfa.org, and b.osborne@osbornelaw.com, respectively.

        */s/ Kerri Phillips*
        Kerri Phillips, Esq.