IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EUGENIO VARGAS, | § |
| | § |
| Plaintiff/Counterclaim Defendant, | § |
| | § |
| v. | § Civil Action No. 4:22-cv-00430-Y |
| | § |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, AND ERIK HARRIS, | § |
| | § |
| Defendants/Counterclaim Plaintiffs. | § |

**UNION DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO THE UNION DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

The Union Defendants[1] will not file a response in opposition to Plaintiff Vargas's motion (doc. 47) for extension to respond to the Union Defendants motion for summary judgment (doc. 43), and will leave the grant of the extension, and the length thereof, to the Court's discretion.

Date: October 6, 2022

Respectfully Submitted,

　　/s/ Sanford R. Denison
SANFORD R. DENISON
Tex. Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Ave., Suite 550
Dallas, TX  75214
Tel.: (214) 637-0750
Fax.: (214) 637-0730
Email: denison@baabdenison.com

---

[1] "Union Defendants" shall refer collectively to Defendant/Counterclaim Plaintiff Association of Professional Flight Attendants ("APFA") and to individual APFA officer Defendants Julie Hedrick and Erik Harris.

1

        WILLIAM W. OSBORNE JR.*
        D.C. Bar No. 912089
        Osborne Law Offices P.C.
        5335 Wisconsin Avenue N.W., Suite 440
        Washington, D.C. 20015
        Tel.: (202) 243-3200
        Fax: (202) 686-2977
        Email: b.osborne@osbornelaw.com

*Counsel for Defendant Counterclaim Plaintiff Association of Professional Flight Attendants, and Defendants Julie Hedrick and Erik Harris*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on this 6th day of October 2022 a true and correct copy of the foregoing document was served on the below listed counsel of record for Plaintiff/Counterclaim Defendant Vargas by a means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

KERRI PHILLIPS
HEATHER ABREU
K.D. Phillips Law Firm, PLLC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
Email: Heather@KDphillipslaw.com

          /s/ Sanford R. Denison
          SANFORD R. DENISON