```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION

EUGENIO VARGAS                §
                              §
VS.                           §   ACTION NO. 4:22-CV-430-Y
                              §
ASSOCIATION OF PROFESSIONAL   §
FLIGHT ATTENDANTS, ET AL.     §
```

<u>ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY</u>

Pending before the Court is the Motion for Leave to File a Surreply Brief to Respond to New Arguments Raised in Plaintiff's Reply Briefs, or, Alternatively, to Strike Such New Arguments (doc. 64). In the motion, defendant/counter-plaintiff Association of Professional Flight Attendants ("APFA") requests leave to file a surreply regarding plaintiff/counter-defendant Eugenio Vargas's Motion to Dismiss the AFPA's counterclaims. In a separate order filed this same day, the Court ruled on Vargas's Motion to Dismiss and did not consider the new arguments raised in his reply brief. As a result, the Court concludes that AFPA's motion for leave should be, and it is hereby, DENIED as moot.

SIGNED February 22, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE