IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT.WORTH DIVISION

| | |
|---|---|
| ROBERT (BOB) ROSS<br>Plaintiff,<br><br>V.<br><br>MCGAUGHEY, REBER AND ASSOCIATES, INC., ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, AND ERIK HARRIS<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No.<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF NENA MARTIN IN SUPPORT OF PLAINTIFF'S ORIGINAL COMPLAINT AND MOTION TO VACATE

BEFORE ME, the undersigned authority, on this day personally appeared Nena Martin, who being by me first duly sworn, did state:

1. "I am employed as a Flight Attendant working with American Airlines, Inc. and I served on the Board of Directors for the Association of Professional Flight Attendants, between April 2011 to January 2021. I am of sound mind and body to make this affidavit and have personal knowledge of the following facts:

    a. I attended the Board of Director's meetings on October 27, 2020, and October 28, 2020, in which evidence from an accounting firm hired by APFA was presented off the record. Erik Harris presented spreadsheets he stated were the results of an accounting review that showed Robert "Bob" Ross owed for an overpayment made under his Transition Agreement in the amount of $5,436.47.

Exhibit C

I was present at this meeting and reviewed all documents submitted and can attest to the true and correct findings of the Board of Directors at this time.

b. I have not seen the Confidential Memorandum dated October 22, 2020, from Wood, Stephens & O'Neil, L.L.P ("Confidential Memorandum") and the Board of Directors were not presented this Confidential Memorandum at any formal APFA Board of Directors meeting or discussion with which I participated.

c. I received an email from Erik Harris on November 25, 2020, with a letter attached. A true and correct copy of that letter is attached hereto and marked Exhibit B-1. This information was presented to me on or about October 27, 2020, with the other Board of Directors while discussing it off the record. No formal vote was ever made, no formal record ever taken. It was decided that APFA General Counsel, Margo Nikitas, would call and discuss the accounts with Mr. Ross to review the spreadsheet.

d. I also attended the APFA Executive Committee meeting on December 1, 2020, where the Executive Committee reviewed the charges filed by Melissa Chinery-Burns and Sandra Lee against Robert "Bob" Ross. At this Executive Committee meeting, I had the opportunity to hear all arguments made against Robert Ross prior to the Executive Committed voting on whether the charges were timely, specific, and valid. The Confidential Memorandum dated October 22, 2020, from Wood, Stephens & O'Neil, L.L.P was never presented to the Executive Committee for review and consideration prior to voting on the charges."

**Exhibit C**

FURTHER AFFIANT SAYETH NOT.

_____
Nena Martin

SWORN AND SUBSCRIBED TO before me on this 18 day of April 2022.

_____
Notary Public, State of Missouri

**Exhibit C**

From: Erik Harris <eharris▮▮▮▮▮>
Sent: Wednesday, November 25, 2020 9:58 AM
To: Base Presidents <BasePresidents▮▮▮▮▮>; Executive Committee <ExecutiveCommittee▮▮▮▮g>
Cc: Margot Nikitas <MNikitas▮▮▮▮▮>
Subject: Bob Ross' Overpayment

Hi all-

The attached letter was sent to Bob Ross yesterday in regards to the Overpayment of wages. I gave him a deadline of January 1, 2021 to cure the debt owed to APFA or to make payment arrangements.

As always, I will keep you all posted on the progress of collecting these funds.

Thanks,

Erik

--

**Erik Harris** Pronouns: he, him, his
National Treasurer
**Association of Professional Flight Attendants**

The content of this email is intended solely for the recipient(s).
It is not to be shared, forwarded or posted without the author's written consent.

**Exhibit C**

**Association of Professional Flight Attendants**
Representing the Flight Attendants of American Airlines

November 24, 2020

**Via Email and Return Receipt Certified Mail #7019 1120 0000 0179 3144**

Mr. Bob Ross
4701 Hayloft Ct
El Dorado Hills, CA 95762

**RE:   Overpayment of Wages**

Dear Mr. Ross:

I am sending this letter to follow-up on our telephone conversation on November 10, 2020. During our call, we discussed the finding of the APFA Board of Directors that you were overpaid in the amount of $5,436.47 in 2018. The Board's finding was based on the results of a review from an independent accounting firm which determined that the formula used to determine the daily rate for your sick and vacation payout was incorrect. (See Schedule C, enclosed).

On or before January 1, 2021, please remit payment (via check, money order, cashier's check, or credit card) to APFA in full or contact me to discuss payment arrangements.

Please contact me at 817.540.0108 or eharris@apfa.org with any questions or concerns. Thank you for your prompt cooperation.

Sincerely,

Erik Harris
National Treasurer

Enclosure

CC:   APFA Board of Directors
      APFA Executive Committee
      Margot Nikitas, General Counsel

1004 West Euless Blvd • Euless, Texas 76040
Tel: (817) 540-0108 • Fax: (817) 540-2077 • www.apfa.org

Exhibit C

[ A ]

## Bob Ross - National President Pay

116 hours paid monthly at the highest purser pay including international overide, per the policy manual.

| | | | | |
|---|---|---|---|---|
| * Maximum flight attendant pay | | 60.13 | | |
| Purser Pay | | 7.50 | | |
| International pay | | 3.75 | | |
| | | 71.38 | 116 hours | 8,280.08 |
| **Bi-monthly pay 4/1/16 - 12/31/16** | | | | **4,140.04** |
| ** Maximum flight attendant pay | | 61.33 | | |
| Purser Pay | | 7.50 | | |
| International pay | | 3.75 | | |
| | | 72.58 | 116 hours | 8,419.28 |
| **Bi-monthly pay - 1/1/17 - 5/1/17** | | | | **4,209.64** |
| | 101,031.36 | Annual salary | | |
| | 276.80 | Daily rate for sick and vacation | | |
| *** Maximum flight attendant pay | | 64.96 | | |
| Purser Pay | | 7.50 | | |
| International pay | | 3.75 | | |
| | | 76.21 | 116 hours | 8,840.36 |
| **Bi-monthly pay - 5/2/17 - 12/31/17** | | | | **4,420.18** |
| | 106,084.32 | Annual salary | | |
| | 290.64 | Daily rate for sick and vacation | | |
| **** Maximum flight attendant pay | | 66.26 | | |
| Purser Pay | | 7.50 | | |
| International pay | | 3.75 | | |
| | | 77.51 | 116 hours | 8,991.16 |
| **Bi-monthly pay - 1/1/18 - 7/31/18** | | | | **4,495.58** |
| | 107,893.92 | Annual salary | | |
| | 295.60 | Daily rate for sick and vacation | | |

* Pay rates effective 4/1/16
** Pay rates effective 1/1/17 - 5/1/17
*** Pay rates effective 5/2/17 - 12/31/17 (1.6% Increase)
**** Pay rates effective 1/1/18 - 7/31/18

**Exhibit C**

| National Officer: | Bob Ross | B | | | |
|---|---|---|---|---|---|
| | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment |
| Profit Sharing - 2016 | | | | | 2,652.22 (paid 3/10/17) |
| Vacation Pay - 2017 | | $ 101,031.36 | 276.80 | 14 | 3,875.20 (paid 3/31/17) |
| Sick Pay - 2017 | | $ 101,031.36 | 276.80 | 12 | 3,321.60 (paid 3/31/17) |
| Retro - Wage Arbitration Award 1.6% | | | | | 918.72 (paid 6/1/17) |
| Triple Play Grand Slam | | | | | 300.00 (paid 7/6/17) |
| Grand slam | | | | | 150.00 (paid 1/25/18) |
| (Additional $50 grand slam paid on 2/15/18 salary check) | | | | | |
| 2071 Profit Sharing | | | | | 2,458.19 (paid 3/9/18) |
| Vacation & Sick Pay - 2017 - (adjustment paid in 2018) | | | | | 968.76 (paid 3/29/2018) |
| Vacation Pay - 2017 (remaining unused days per agreement) | | $ 114,632.67 | 314.06 | 17 | 5,339.02 (paid 3/29/2018) |
| Vacation Pay - 2018 (remaining unused days per agreement) | | $ 122,121.70 | 334.58 | 29 | 9,702.82 (paid 3/29/2018) |
| (Paid in two checks in the amount of $4,851.41 each) | | | | | |
| Sick Pay - 2018 | | $ 122,121.69 | 334.58 | 12 | 4,014.96 (paid 3/29/2018) |
| End of Term Payout - 2017 (January 1 - December 31, 2017) | | $ 118,046.02 | 334.58 | 35 | 11,710.30 (paid 3/29/2018) |
| (Paid in two checks in the amount of $3,903.43 each and one for $3,903.44) | | | | | |
| End of Term Payout - 2018 (January 1 - July 31, 2018) | | $ 118,046.02 | 334.58 | 20.44 | 6,838.82 (paid 3/29/2018) |
| (Paid in two checks in the amount of $3,419.41 each) | | | | | |
| Profit sharing 2018 | | | | | 1,403.99 (paid 3/8/19) |

**Exhibit C**

| National Officer: | Bob Ross | | Overpayment Calculation | | | |
|---|---|---|---|---|---|---|
| | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| **Vacation Pay - 2017** | | | | | | |
| Original amount | | $ 101,031.36 | 276.80 | 14 | $ 3,875.20 | OK (paid 3/31/17) |
| | | | Overpayment | | $ - | $ - |
| **Sick Pay - 2017** | | | | | | |
| Original amount | | $ 101,031.36 | 276.80 | 12 | $ 3,321.60 | OK (paid 3/31/17) |
| | | | Overpayment | | $ - | $ - |
| **Vacation & Sick Pay - 2017 - (adjustment paid in 2018....all paid in error)** | | | Overpayment | | $ 968.76 | $ 968.76 |
| **Vacation Pay - 2017 (remaining unused days per agreement)** | | | | | | |
| Original amount - paid in error (a) | $ 114,632.67 | 314.06 | 17 | $ 5,339.02 | (paid 3/29/2018) | |
| Correct calculation amount | $ 101,031.36 | 276.80 | 17 | $ 4,705.60 | | |
| | | | Overpayment | | $ 633.42 | $ 633.42 |
| **Vacation Pay - 2018 (remaining unused days per agreement)** | | | | | | |
| Original amount - paid in error (a) | $ 122,121.70 | 334.58 | 29 | $ 9,702.82 | (paid 3/29/2018) | |
| Correct calculation amount | $ 107,893.92 | 295.60 | 29 | $ 8,572.40 | | |
| | | | Overpayment | | $ 1,130.42 | $ 1,130.42 |
| **Sick Pay - 2018** | | | | | | |
| Original amount - paid in error (a) | $ 122,121.69 | 334.58 | 12 | $ 4,014.96 | (paid 3/29/2018) | |
| Correct calculation amount | $ 107,893.92 | 295.60 | 12 | $ 3,547.20 | | |
| | | | Overpayment | | $ 467.76 | $ 467.76 |
| **End of term payout - 2017 (January 1 - December 31, 2017)** | | | | | | |
| Original amount - paid in error (a) | $ 118,046.02 | 334.58 | 35 | $ 11,710.30 | (paid 3/29/2018) | |
| Correct calculation amount | $ 107,893.92 | 295.60 | 35 | $ 10,346.00 | | |
| | | | Overpayment | | $ 1,364.30 | $ 1,364.30 |

**Exhibit C**

| End of term payout - 2018 (January 1 - July 31, 2018) | | | | | |
|---|---|---|---|---|---|
| Original amount - paid in error (a) | $ 118,046.02 | 334.58 | $ | 6,838.82 | (paid 3/29/2018) |
| Correct calculation amount | $ 107,893.92 | 295.60 | $ | 6,042.06 | |
| | | Overpayment | $ | 796.75 | $ 796.75 |
| | | Overpayment subtotal | | | $ 5,361.41 ** |
| Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** | | | | | $ 75.06 (based on 1.4%) |
| | Total overpayment - due to APFA | | | | $ 5,436.47 |

(a) - included union pay (MEA/SAF)

**Exhibit C**