I was employed at APFA from August 15, 1996, to November 2018. I retired 4 months after Eugenio Vargas left office because when the new administration came in the work environment became hostile not only with the staff and an Officer.

I was a staff member, specifically I was the Office Coordinator at the time that I retired. One of my many responsibilities was the inventory of furniture. I was very thorough at what I did and had good job performance.

Regarding the furniture in Gabby Harty's apartment. I clearly remember Gabby vacated her apartment and resigned early due to personal reasons. When the lease was almost up Rachael Early (another staff member) and I went to her apartment and took photographs of all the furniture. Rachael was the employee who had the keys. When the lease was over Mike Trapp, Rosemary Cooper's brother (who is an Executive Secretary) picked up the furniture. I completed the inventory, entered that information into the Office Coordinator computer.

Some of Gabby's furniture was taken to consignment at Kiss it Goodbye and the items they wouldn't take were donated.

I would like to discuss what I know about the items on the attached inventory sheet.

Regarding Shane Staple's items. Shane moved out about the time the administration changed hands. He provided an inventory sheet. I entered the information into my system.

About Chuck Ransdale's furniture. Chuck was another representative who left his position early. I recall there still being time on his lease, so we had another representative move into his apartment. She stayed there for the duration of the lease. All his furnishings stayed in the apartment for use by her. She stayed in that apartment beyond Eugenio Vargas' term so the inventory of those items would be the responsibility of the Treasurer that came after Eugenio.

I would also like to explain how I did my inventory. There was a file cabinet with hanging file folders. Each Officer and representative had a hanging file with and inventory sheet when they came into office. When Eugenio came into office he required each rep to fill out the inventory and return it to me per the Policy Manual. I looked over them. Then I would sign off that it was received. During his

1

**Exhibit D**

administration we started scanning these documents and saving them electronically.

After I retired my Coordinator files were left accessible to other staff members and new Officers, some who, as I said were extremely hostile and vindictive. It is very well within the realm of possibility my work product was taken or modified by them.

The dynamics of the office environment and the stress it created were the very reasons for my early and sudden retirement. I couldn't handle that stress in my life anymore.

Due to dangers associated with COVID and my fears of retaliation I could not attend this hearing in person. I respectfully request you accept this sworn statement.

Thank you.

LaDonna Casey

*LaDonna Casey*

State of Texas
County of Parker
Sworn to and subscribed before me on the 8th day of Sept, 2021.

Notary Signature
My Commission Expires 05/21/2022

SHELBI ELIZABETH WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2022
Notary ID 131576070

2

**Exhibit D**

Association of Professional Flight Attendants
Depreciation Schedule
FYE March 31, 2017

G/L Acct 1246 - FURN & FIXTURES - FIELD (ACCUM DEPR 1346)

| Vendor | Description | Purchase Date | Cost |
|---|---|---|---|
| Shane Staples/Comm Ashley Furniture | Sofa/Loveseat/Media Chest/Cocktail Table/End Table King Bed/King Mattress Exchanged Loveseat for Chair | 06/16 08/16 | 4,098.22 (104.98) |
| | Current Balance | | 3,993.24 |
| Gaby Harty/Health Ashley Furniture | Sofa/Loveseat/Cocktail Table/End Table King Bed/King Mattress | 06/16 | 3,236.91 |
| Chuck Ransdale/Health Ashley Furniture | Chest/Nightstand/Queen Bed/Queen Mattress | 06/16 | 1,398.76 |
| TOTALS | | | 8,628.91 |

*LaDonna Casey* (signature)

State of Texas
County of Parker
Sworn to and subscribed before me on the
8th day of Sept, 2021

*Shelbi Eli Wil* (signature)
Notary Signature
My Commission Expires 05/21/2022

SHELBI ELIZABETH WILSON
Notary Public, State of Texas
Comm. Expires 05-21-2022
Notary ID 131576070

**Exhibit D**