IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS, § | | |
|    Plaintiff/Counterclaim Defendant, § | | |
| § | | |
| v. § | | Civil Action No. 4:22-CV-00343-Y |
| § | | |
| ASSOCIATION OF PROFESSIONAL § | | |
| FLIGHT ATTENDANTS, et al. § | | |
|    Defendants/Counterclaim Plaintiff. § | | |

| | | |
|---|---|---|
| EUGENIO VARGAS, § | | |
|    Plaintiff/Counterclaim Defendant, § | | |
| § | | |
| v. § | | Civil Action No. 4:22-CV-00430-Y |
| § | | |
| ASSOCIATION OF PROFESSIONAL § | | |
| FLIGHT ATTENDANTS, et al. § | | |
|    Defendants/Counterclaim Plaintiff. § | | |

## NOTICE OF WITHDRAWAL OF MOTIONS FOR LEAVE TO FILE

COMES NOW, Robert "Bob" Ross and Eugenio Vargas, Defendants in the above-entitled causes and hereby withdraws their Motions for Leave to File Amended Complaints and Briefs in Support filed on April 8, 2023, based on updates needed to Certificate of Conferences filed therein. The Docket numbers for the withdrawn filings include 85 and 86 for 22-CV-00343-Y, and 82 and 83 for 22-CV-00430-Y, respectively.

Date: April 11, 2023

Respectfully submitted,

K.D. PHILLIPS LAW FIRM, PLLC
By:  /s/Kerri Phillips
    Kerri Phillips
    Texas Bar No. 24065906
    Phone: (972) 327-5800
    Email: kerri@KDphillipslaw.com
    6010 W. Spring Creek Parkway
    Plano, Texas 75024
    Fax: (940) 400-0089
    notice@KDphillipslaw.com
    **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 11th day of April 2023.

William Osborne, Sanford Denison, Michael Rake

                                                          /s/Kerri Phillips
                                                          Kerri Phillips

**CERTIFICATE OF SERVICE**

    I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 11th day of April 2023.

William Osborne, Sanford Denison

                                                          /s/Kerri Phillips
                                                          Kerri Phillips