IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FT. WORTH DIVISION

| | |
|---|---|
| **EUGENIO VARGAS**<br>**Plaintiff/Counterclaim Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| | Case No. 4:22-CV-00430-Y |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, LARRY SALAS, ERIK HARRIS, JOSH BLACK, IMA FINANCIAL GROUP, INC.**<br>**Defendants/Counterclaim Plaintiff.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR JOINDER PURSUANT TO FED. R. CIV. P. 15(a), 20(a)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that Plaintiff moves the Court, pursuant to Rule 15(a) and Rule 20 (a) of the Federal Rules of Civil Procedure, for an Order as follows:

(1) Granting Plaintiff's leave to file a Second Amended Complaint; and

(2) Issue Citations for service of process for the additional parties: Larry Salas, APFA National Vice-President, and Josh Black, APFA National Secretary, and IMA Financial Group, Inc. which issued surety bonds for the Plaintiff, and for the APFA National Officers.

Pursuant to Federal Rules of Civil Procedure §§ 20(a) and 15(a), Plaintiff, Ross, by and through the undersigned counsel, respectfully moves to join the following additional parties and claims asserted therein to the case before the court.

Fed. R. Civ. P. Rule § 20 (a) states "persons may join in one action if: (1) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences;" and "(2) any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(a). This case raises issues about the breach of fiduciary duty claims of Plaintiff's union National Officers against Plaintiff. Plaintiff asserts a right to relief jointly and severally and all questions of law and fact as to the Plaintiff will arise in the action.

Fed. R. Civ. P. § 15(a) states a party may amend his pleading once as a matter of course within twenty-one days after serving it or, if the pleading is one to which a responsive pleading is required, twenty-one days after service of a responsive pleading or twenty-one days after service of a Rule 12(b), whichever is earlier. Otherwise, a party may amend its pleading only with the opposing party's written consent or the court's leave. Rule 15 provides that court should freely give leave to amend when justice so requires. Plaintiff requests the court grant leave to amend and grant this motion of joinder to include additional parties. Attached to this Motion is a Proposed Second Amended Complaint marked as Exhibit 1. Attached to this Motion is a Proposed Second Amended Certificate of Interested Parties marked as Exhibit 2.

In support, Plaintiff submits Brief in Support of this Motion for Joinder and Motion for Leave to Amend Complaint, which is incorporated herein and filed contemporaneously with this Motion. Attached to the Brief in Support of Motion for Joinder and Motion for Leave to Amend the Complaint and thereto marked as "Exhibit A" is the Affidavit of Eugenio Vargas in support of

this Motion for Joinder and Motion for Leave to Amend the Complaint, which is being filed contemporaneously with this notice or motion.

This Motion is based upon all records and proceedings submitted in conjunction with this Motion. Hereto attached and marked as "Exhibit 1" is a proposed Second Amended Complaint in which Plaintiff respectfully requests the Court to grant Plaintiff's Motion for Leave to File a Second Amended Complaint.

April 14, 2023

        Respectfully submitted,
        K.D. PHILLIPS LAW FIRM, PLLC

        By:  /s/ Kerri Phillips
              Kerri Phillips
              Texas Bar No. 24065906
              Phone: (972) 327-5800
              Email: kerri@KDphillipslaw.com

              6010 W. Spring Creek Parkway
              Plano, Texas 75024
              Fax: (940) 400-0089
              For Service of Filings:
              notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I, Kerri Phillips, attorney for Plaintiff Eugenio Vargas, hereby certify that on the 7th day of April 2023, I emailed for purposes of conference with Sanford Denison, counsel for Defendant APFA, to inform each of them of the filing of this Motion. Counsel have not yet responded to the filing of this Motion.

## CERTIFICATE OF SERVICE

I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 14th day of April 2023.

William Osborne, Sanford Denison

                                                     /s/ Kerri Phillips
                                                    Kerri Phillips