IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **EUGENIO VARGAS** <br> Plaintiff, <br><br><br> V. <br><br> **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, ERIK HARRIS** <br> Defendants. | § § § § § § § § § § § § § § § § § § Case No. 4:22-CV00430 |

### PLAINTIFF'S WRITTEN REQUEST
### FOR COURT TO APPOINTMENT A MEDIATOR

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Eugenio Vargas, Plaintiff herein, and files this Written Request for Court to appoint a Mediator, and in support thereof would respectfully show unto the court the following:

I.

In compliance with this Court's Mediation Order entered on February 22, 2023, Counsel for Plaintiff and Defendants have attempted to meet and confer on a selection of a mediator, a date, a manner, and duration of mediation. Counsel for Plaintiff and Defendants' have exchanged numerous emails attempting to schedule and choose a mediator between August 10, 2023 to August 31, 2023. As of the date of this filing the parties are unable to agree on a mediator, a date, a method, or a duration for a mediation to occur. Plaintiff reasonably believes that using the services of a court-mandated mediation service, in Tarrant County may increase the likelihood of a resolution of this case and will save valuable judicial resources. However, without judicial

intervention, the parties are unable to agree on a mediator.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court please appoint a mediator who may set the case for mediation in accordance with the Mediation Order entered as of February 22, 2023; and for such other and further relief to which Plaintiff may show himself justly entitled to receive.

        Respectfully submitted,
        K.D. PHILLIPS LAW FIRM, PLLC

        By: /s/ Kerri Phillips
        Kerri Phillips
        Texas Bar No. 24065906
        Email: kerri@KDphillipslaw.com
        6010 W. Spring Creek Parkway
        Plano, Texas 75024
        Phone: (972) 327-5800
        Fax: (940) 400-0089
        For Service of Filings:
        notice@KDphillipslaw.com

        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I certify that on August 31, 2023, a true and correct copy of the above was served on Defendants' attorney via the e-filing manager.

Jeff Bartos
Charlette Matts
James Sanford

                                              /S/ Kerri Phillips
                                               Kerri Phillips