# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| **EUGENIO VARGAS,** § § § **Plaintiff/Counterclaim** § **Defendant,** § § **v.** § § **ASSOCIATION OF PROFESSIONAL** § **FLIGHT ATTENDANTS,** *et al.***,** § § **Defendants/Counterclaim** **Plaintiff.** | Civil Action No. 4:22-cv-403-Y  Judge Terry R. Means |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS

Now comes the Plaintiff, EUGENIO VARGAS (hereinafter "Plaintiff" or "Vargas"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 34, 37, and Local Rules 5.2 and 7.1 and files his Motion to Compel Defendants ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS (hereinafter "APFA"), Julie Hedrick and Erik Harris (collectively referred to as "Defendants") Production of Documents and withdraw objections to Plaintiff's requests for production and produce whatever documents may be in Defendants' possession or subject to its control that are responsive to Plaintiff's First Amended First Request for Production served upon Defendant in this cause and in support thereof would respectfully show as follows:

## II. FACTS

Plaintiff served Defendants with PLAINTIFF/COUNTERCLAIM DEFENDANT FIRST AMENDED FIRST REQUEST FOR PRODUCTION TO

DEFENDANTS/COUNTERCLAIM PLAINTIFF on July 29, 2022. Defendants responded to Plaintiff's First Amended First Request for Production, via email on August 26, 2022.

Defendants' Responses to Plaintiff's Requests for Production are attached hereto in Plaintiff's Appendix to Motion to Compel and are incorporated herein by this reference for all purposes. (*See* App. Pgs. 1-30). Defendants objected to Plaintiff's Requests for Production No.'s 1, 2, and 3. All of the requests by Plaintiff in the Requests for Production are necessary to enable Plaintiff to prepare for trial in this cause. Defendants' objections have no merit. Plaintiff is seeking an order from this Court ruling the objections should be withdrawn and the Requests properly answered by Defendants.

Without the documents requested, Plaintiff will not be able to effectively prove his claims at trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays as follows:

1. That Defendants be ordered to withdraw their objections to Plaintiff's First Amended First Amended First Request for Production and to produce all of the requested documents in Defendants' possession or subject to their control that are responsive to Plaintiff's First Amended First Request for Production.

2. Movant be awarded such other and further relief, legal or equitable, which Movant may show itself justly entitled to receive.

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
    Kerri Phillips
    Texas Bar No. 24065906
    Phone: (972) 327-5800
    Email: kerri@KDphillipslaw.com
    6010 W. Spring Creek Parkway
    Plano, Texas 75024
    Fax: (940) 400-0089
    For Service of Filings:
    notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2023, a true and correct copy of the above was served on Defendants' attorneys, via the e-filing manager.

/S/ Kerri Phillips
Kerri Phillips

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

3

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001

Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com

4