IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **EUGENIO VARGAS**<br>**Plaintiff, Counterclaim-Defendant**<br><br>V.<br><br>**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, ERIK HARRIS, LARRY SALAS, JOSH BLACK**<br>**Defendants, Counterclaim-Plaintiffs.** | Case No. 4:22-CV-00430-Y |

**SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P.7.1 and LR 3.1(c), L.R 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, Plaintiff/Counter-Defendant Eugenio Vargas provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporation , guarantors, insurers, affiliates, parent or subsidiary corporation or other legal entities that are financially interested in the outcome of this case:

1. Association of Professional Flight Attendant ("APFA");

2. Julie Hedrick, National President of APFA;

3. Erik Harris, National Treasurer of APFA;

1

4. Larry Salas, National Vice-President of APFA;

5. Josh Black, National Secretary of APFA;

6. Members of, and individuals represented by the APFA; and

7. Eugenio Vargas, former National Treasurer of APFA ("Plaintiff Counterclaim Defendant").

Date: September 27, 2023    Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com
6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of September, a true and correct copy of the foregoing document was served on the below listed counsels of record for Defendant/Counterclaim Plaintiffs by means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

Jeff Bartos
Charlette Matts
James Sanford

　　　　　　　　　　　　　　　　　　　　　　/s/ Kerri Phillips
　　　　　　　　　　　　　　　　　　　　　　Kerri Phillips