IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| **EUGENIO VARGAS,** § | |
| § | |
| § | Civil Action No. 4:22-cv-430-Y |
| Plaintiff/Counterclaim § | |
| Defendant, § | Judge Terry R. Means |
| § | |
| v. § | |
| § | |
| **ASSOCIATION OF PROFESSIONAL** § | |
| **FLIGHT ATTENDANTS,** *et al.*, § | |
| § | |
| Defendants/Counterclaim | |
| Plaintiff. | |

---

### APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR JOINDER AND BRIEF IN SUPPORT

---

Plaintiff Robert "Bob" Ross, pursuant to Local Rules 7.1(i) and § C of this Court's Case Management Requirements, submits this appendix of supporting documents and of non-published cases cited in, and in support of "PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR JOINDER AND BRIEF IN SUPPORT:"

| **Item** | **Description** | **Pgs.** |
|:---:|:---|:---:|
| 1 | Supporting Documents Referenced in Brief | 1-14 |

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
    Kerri Phillips
    Texas Bar No. 24065906
    Phone: (972) 327-5800
    Email: kerri@KDphillipslaw.com

    6010 W. Spring Creek Parkway
    Plano, Texas 75024
    Fax: (940) 400-0089
    For Service of Filings:
    notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 27th day of September 2023.**

    /s/ Kerri Phillips
    Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com

From: Erik Harris <eharris@apfa.org>
Date: Thursday, October 22, 2020 at 12:14 PM
To: Officers <Officers@apfa.org>
Cc: Margot Nikitas <MNikitas@apfa.org>, Bill Osborne <BOsborne@osbornelaw.com>
Subject: FW: Memo for the Board and EC

--

**Erik Harris**
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 6231 | Email eharris@apfa.org
The content of this email is intended solely for the recipient(s).
It is not to be shared, forwarded or posted without the author's written consent.



From: Hal O'Neil <oneil@woodcpafirm.com>
Date: Thursday, October 22, 2020 at 12:11 PM
To: Erik Harris <eharris@apfa.org>
Cc: Pam Bush <pbush@woodcpafirm.com>
Subject: Memo for the Board and EC

Erik.....attached is the Board and EC Memo for your review. Also are the attached schedules for each officer. Please get back to me if this memo looks OK.

Thanks, Hal

Hal O'Neil, CPA
Wood, Stephens & O'Neil, L.L.P.
6300 Ridglea Place, Suite #318
Fort Worth, TX  76116

**Direct line - 817-886-3428**
Firm tele. - 817-377-1700 *(my extension #601)*
Firm fax - 817-377-1870

*Important/confidential: This communication and any files or documents attached to it are intended only for the use of the person(s) or entity to which it is addressed; consequently, it may contain information which is privileged and confidential. If you are not the intended recipient(s) of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.*

*Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding tax penalties that may be imposed or promoting, marketing or recommending to another party any transaction or tax-related matter(s).*

Attachments:

| | |
|---|---|
| APFA - Board and EC memo.pdf | 79.7 KB |
| APFA - Vargas schedules A - C.pdf | 112 KB |
| APFA - Dunaway schedules A - C.pdf | 112 KB |
| APFA - Martin schedules A - C.pdf | 113 KB |
| APFA - Ross schedules A - C.pdf | 137 KB |

**Appendix 1**

**APFA 69**

# Wood, Stephens & O'Neil, L.L.P.
**Certified Public Accountants**

6300 Ridglea Place, Suite 318
Fort Worth, TX 76116
Tele. 817-377-1700
Fax 817-377-1870

## CONFIDENTIAL MEMORANDUM

MEMO TO: APFA Board of Directors and the Executive Committee

FROM: Hal O'Neil, CPA, Pam Bush
SUBJECT: Review of officer disbursements and the Bob Ross transition agreement
DATE: October 22, 2020

The current APFA officers, in consultation with the APFA staff attorney and outside counsel, requested that our firm review specific former officer expense reimbursements and payroll disbursements, as well as the payments arising from the Bob Ross confidential transition agreement. This informal engagement is substantially less in scope than an audit engagement, the objective of which would be the expression of an opinion regarding these specific disbursements. Accordingly, we do not express an opinion or any form of assurance regarding these disbursements. Our task under this informal engagement, was as follows:

1. To review the backup for the former officers' salary disbursement amounts from 2016 - 2018 and to determine these base salaries were calculated correctly and in compliance with the guidelines and pay rates stipulated in the APFA policy manual. Please see the enclosed schedule A for each officer.

2. To prepare an overpayment schedule of the accrued and unused sick, and accrued and unused vacation time payments made to Bob Ross in 2018, similar to the overpayment schedules we prepared previously for the other three officers. Please see the enclosed schedules B and C for each officer. These overpayment schedules for the other officers were previously provided to the Board of Directors. Please note the Bob Ross confidential transition agreement states that he will be paid all of his accrued and unused sick, and accrued and unused vacation time. This agreement doesn't specify that the payments be made in accordance with the policy manual guidelines. Consequently, these payments appear appropriate and in compliance with the transition agreement. This agreement also specifies reimbursement payments to him of up to $10,000 in actual moving expenses. His moving expense reimbursement payments did not exceed this amount.

3. To assist the APFA accounting department staff in reviewing and organizing the various requested documents, as set forth in the flight attendants Chinery and Lee financial document request.

Please contact us should the Board of Directors or the Executive Committee have questions regarding our limited engagement.

Sincerely,

*Hal O'Neil, CPA*

**Appendix 2
APFA 70**

| A |

## Eugenio Vargas - National Treasurer Pay

105 hours paid monthly at the highest purser pay including international overide, per the policy manual.

```
*    Maximum flight attendant pay         60.13
     Purser Pay                            7.50
     International pay                     3.75
                                          71.38    105 hours    7,494.90

     Bi-monthly pay 4/1/16 - 12/31/16                           3,747.45

**   Maximum flight attendant pay         61.33
     Purser Pay                            7.50
     International pay                     3.75
                                          72.58    105 hours    7,620.90

     Bi-monthly pay - 1/1/17 - 5/1/17                           3,810.45
                              91,450.80  Annual salary
                                 250.55  Daily rate for sick and vacation

***  Maximum flight attendant pay         64.96
     Purser Pay                            7.50
     International pay                     3.75
                                          76.21    105 hours    8,002.05

     Bi-monthly pay - 5/2/17 - 12/31/17                         4,001.03
                              96,024.60  Annual salary
                                 263.08  Daily rate for sick and vacation

**** Maximum flight attendant pay         66.26
     Purser Pay                            7.50
     International pay                     3.75
                                          77.51    105 hours    8,138.55

     Bi-monthly pay - 1/1/18 - 3/31/18                          4,069.28
                              97,662.60  Annual salary
                                 267.57  Daily rate for sick and vacation
```

\*     Pay rates effective 4/1/16
\*\*   Pay rates effective 1/1/17 - 5/1/17
\*\*\* Pay rates effective 5/2/17 - 12/31/17 (1.6% increase)
\*\*\*\* Pay rates effective 1/1/18 - 3/31/18

**Appendix 3**
**APFA 71**

| National Officer: | Eugenio Vargas | | | B | | | |
|---|---|---|---|---|---|---|---|
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| Profit Sharing - 2016 | | | | | | 2,435.07 | (paid 3/10/17) |
| Vacation Pay - 2017 | | $ | 91,450.80 | 250.55 | 14 | 3,507.70 | (paid 3/31/2017) |
| Sick Pay - 2017 | | $ | 91,450.80 | 250.55 | 12 | 3,006.60 | (paid 3/31/2017) |
| Retro | | | | | | 831.60 | (paid 6/1/17) |
| | | | | | $ | 150.00 | (paid 1/25/18) |
| Profit Sharing 2017 | | | | | | 2,269.76 | (paid 3/9/18) |
| Vacation Pay - 2018 | | $ | 113,021.02 | 309.65 | 14 | 4,335.10 | (paid 3/29/2018) |
| Sick Pay - 2018 | | $ | 113,021.02 | 309.65 | 12 | 3,715.80 | (paid 3/29/2018) |
| Vacation Pay - 2017 - (adjustment paid in 2018) | | | | | | 523.46 | |
| Sick Pay - 2017 - (adjustment paid in 2018) | | | | | | 448.68 | |
| | | | | | | 972.14 | (paid 3/29/2018) |
| End of Term Payout - 2018 | | $ | 111,317.70 | 304.98 | 54 | 16,468.92 | (paid 6/29/2018) |
| Profit Sharing - 2018 | | | | | | 1,141.03 | (paid 3/8/19) |

**Appendix 4**
**APFA 72**

|  |  |  | C |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **National Officer:** | Eugenio Vargas |  | Overpayment Calculation |  |  |  |  |  |
|  |  | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment |  |  |  |
| **Vacation Pay - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) | $ | 113,021.02 | 309.65 | 14 | $ 4,335.10 | (paid 3/29/2018) |  |  |
| Correct calculation amount | $ | 97,662.72 | 267.57 | 14 | $ 3,745.98 |  |  |  |
|  |  |  |  | Overpayment | $ 589.12 |  | $ 589.12 |  |
| **Sick Pay - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) | $ | 113,021.02 | 309.65 | 12 | $ 3,715.80 | (paid 3/29/2018) |  |  |
| Correct calculation amount | $ | 97,662.72 | 267.57 | 12 | $ 3,210.84 |  |  |  |
|  |  |  |  | Overpayment | $ 504.96 |  | $ 504.96 |  |
| **End of term payout - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) | $ | 111,317.70 | 304.98 | 54 | $ 16,468.92 | (paid 6/29/2018) |  |  |
| Correct calculation amount | $ | 97,662.60 | 267.57 | 54 | $ 14,448.78 |  |  |  |
|  |  |  |  | Overpayment | $ 2,020.14 |  | $ 2,020.14 |  |
| Vacation Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 523.46 |  | $ 523.46 | (paid 3/29/2018) |
| Sick Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 448.68 |  | $ 448.68 | (paid 3/29/2018) |
|  |  |  |  | Overpayment subtotal |  |  | $ 4,086.36 | ** |
|  | Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** |  |  |  |  |  | $ 57.21 | (based on 1.4%) |
|  |  | Total overpayment - due to APFA |  |  |  |  | $ 4,143.57 |  |

(a) - included union pay (MEA/SAF)

**Appendix 5**

**APFA 73**

A

## Marcy Dunaway - National Secretary Pay

105 hours paid monthly at the highest purser pay including international overide, per the policy manual.

\* Maximum flight attendant pay     60.13
  Purser Pay                        7.50
  International pay                 3.75
                                   71.38   105 hours   7,494.90

| Bi-monthly pay 4/1/16 - 12/31/16 | 3,747.45 |

\*\* Maximum flight attendant pay    61.33
   Purser Pay                       7.50
   International pay                3.75
                                   72.58   105 hours   7,620.90

| Bi-monthly pay - 1/1/17 - 5/1/17 | 3,810.45 |

| 91,450.80 | Annual salary |
| 250.55 | Daily rate for sick and vacation |

\*\*\* Maximum flight attendant pay   64.96
    Purser Pay                      7.50
    International pay               3.75
                                   76.21   105 hours   8,002.05

| Bi-monthly pay - 5/2/17 - 12/31/17 | 4,001.03 |

| 96,024.60 | Annual salary |
| 263.08 | Daily rate for sick and vacation |

\*\*\*\* Maximum flight attendant pay  66.26
     Purser Pay                     7.50
     International pay              3.75
                                   77.51   105 hours   8,138.55

| Bi-monthly pay - 1/1/18 - 3/31/18 | 4,069.28 |

| 97,662.60 | Annual salary |
| 267.57 | Daily rate for sick and vacation |

\*     Pay rates effective 4/1/16
\*\*    Pay rates effective 1/1/17 - 5/1/17
\*\*\*   Pay rates effective 5/2/17 - 12/31/17 (1.6% increase)
\*\*\*\*  Pay rates effective 1/1/18 - 3/31/18

**Appendix 6**

**APFA 74**

| | | | B | | | |
|---|---|---|---|---|---|---|
| National Officer: | Marcy Dunaway | | | | | |
| | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| Profit Sharing - 2016 | | | | | 2,424.86 | (paid 3/10/17) |
| Vacation Pay - 2017 | | $ 91,450.80 | 250.55 | 14 | 3,507.70 | (paid 3/31/2017) |
| Sick Pay - 2017 | | $ 91,450.80 | 250.55 | 12 | 3,006.60 | (paid 3/31/2017) |
| Retro | | | | | 831.60 | (paid 6/1/17) |
| Triple Grand Slam | | | | | 300.00 | (paid 7/6/17) |
| Grand Slam | | | | | 150.00 | (paid 1/25/18) |
| Profit Sharing - 2018 | | | | | 2,270.35 | (paid 3/9/18) |
| Vacation Pay - 2018 | | $ 112,659.36 | 308.66 | 14 | 4,321.24 | (paid 3/29/2018) |
| Sick Pay - 2018 | | $ 112,659.36 | 308.66 | 12 | 3,703.92 | (paid 3/29/2018) |
| Vacation Pay - 2017 - (adjustment paid in 2018) | | | | | 513.10 | |
| Sick Pay - 2017 - (adjustment paid in 2018) | | | | | 439.80 | |
| | | | | | 952.90 | (paid 3/29/2018) |
| End of Term Payout - 2018 | | $ 110,926.06 | 303.91 | 60 | 18,234.60 | (paid 6/29/2018) |
| Profit Sharing - 2018 | | | | | 1,199.47 | (paid 3/8/19) |

**Appendix 7**

**APFA 75**

|  |  | C |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| **National Officer:** | Marcy Dunaway |  | Overpayment Calculation |  |  |  |  |
|  |  | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment |  |  |
| **Vacation Pay - 2018** |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 112,659.36 | 308.66 | 14 | $ 4,321.24 | (paid 3/29/2018) |  |
| Correct calculation amount |  | $ 97,662.72 | 267.57 | 14 | $ 3,745.98 |  |  |
|  |  |  |  | Overpayment | $ 575.26 | $ 575.26 |  |
| **Sick Pay - 2018** |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 112,659.36 | 308.66 | 12 | $ 3,703.92 | (paid 3/29/2018) |  |
| Correct calculation amount |  | $ 97,662.72 | 267.57 | 12 | $ 3,210.84 |  |  |
|  |  |  |  | Overpayment | $ 493.08 | $ 493.08 |  |
| **End of term payout - 2018** |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 110,926.06 | 303.91 | 60 | $ 18,234.60 | (paid 6/29/2018) |  |
| Correct calculation amount |  | $ 97,662.60 | 267.57 | 60 | $ 16,054.20 |  |  |
|  |  |  |  | Overpayment | $ 2,180.40 | $ 2,180.40 |  |
| Vacation Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 513.10 | $ 513.10 | (paid 3/29/2018) |
| Sick Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 439.80 | $ 439.80 | (paid 3/29/2018) |
|  |  |  |  | Overpayment subtotal |  | $ 4,201.64 | ** |
|  | Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** |  |  |  |  | $ 58.82 | (based on 1.4%) |
|  |  | Total overpayment - due to APFA |  |  |  | $ 4,260.46 |  |

(a) - included union pay (MEA/SAF)

**Appendix 8**
**APFA 76**

| A |
|---|

## Nena Martin - National Vice President Pay
### National President Pay (3/2/18)

110.5 hours paid monthly at the highest purser pay including international overide, per the policy manual.

\* Maximum flight attendant pay        60.13
  Purser Pay                           7.50
  International pay                    3.75
                                      71.38   110.5 hours   7,887.49

| Bi-monthly pay 4/1/16 - 12/31/16 | 3,943.75 |

\*\* Maximum flight attendant pay       61.33
   Purser Pay                          7.50
   International pay                   3.75
                                      72.58   110.5 hours   8,020.09

| Bi-monthly pay - 1/1/17 - 5/1/17 | 4,010.05 |

| 96,241.08 | Annual salary |
| 263.67    | Daily rate for sick and vacation |

\*\*\* Maximum flight attendant pay      64.96
     Purser Pay                        7.50
     International pay                 3.75
                                      76.21   110.5 hours   8,421.21

| Bi-monthly pay - 5/2/17 - 12/31/17 | 4,210.60 |

| 101,054.46 | Annual salary |
| 276.86     | Daily rate for sick and vacation |

\*\*\*\* Maximum flight attendant pay     66.26
      Purser Pay                       7.50
      International pay                3.75
                                      77.51   110.5 hours   8,564.86

| Bi-monthly pay - 1/1/18 - 3/1/18 | 4,282.43 |

| 102,778.26 | Annual salary |
| 281.58     | Daily rate for sick and vacation |

**Stepped in as President on 3/2/18**

\*\*\*\* Maximum flight attendant pay     66.26
      Purser Pay                       7.50
      International pay                3.75
                                      77.51   116 hours    8,991.16

| Bi-monthly pay - 3/2/18 - 3/31/18 | 4,495.58 |

| 107,893.92 | Annual salary |
| 295.60     | Daily rate for sick and vacation |

\*    Pay rates effective 4/1/16
\*\*   Pay rates effective 1/1/17 - 5/1/17
\*\*\*  Pay rates effective 5/2/17 - 12/31/17 (1.6% increase)
\*\*\*\* Pay rates effective 1/1/18 - 3/31/18

**Appendix 9**

**APFA 77**

| National Officer: | Nena Martin | | | B | | | |
|---|---|---|---|---|---|---|---|
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| Profit Sharing - 2016 | | | | | | 2,541.90 | (paid 3/10/17) |
| Vacation Pay - 2017 | | | | | | | |
| | | $ | 96,241.20 | 263.67 | 14 | 3,691.38 | (paid 3/31/2017) |
| Sick Pay - 2017 | | | | | | | |
| | | $ | 96,241.20 | 263.67 | 12 | 3,164.04 | (paid 3/31/2017) |
| Retro Pay | | | | | | 875.16 | (paid 6/1/17) |
| Triple Play Grand Slam | | | | | | 300.00 | (paid 7/6/17) |
| Grand Slam | | | | | | 150.00 | (paid 1/25/18) |
| Profit Sharing - 2017 | | | | | | 2,373.70 | (paid 3/9/18) |
| Vacation Pay - 2018 | | | | | | | |
| | | $ | 131,844.90 | 361.22 | 14 | 5,057.08 | (paid 3/29/2018) |
| Sick Pay - 2018 | | | | | | | |
| | | $ | 131,844.90 | 361.22 | 12 | 4,334.64 | (paid 3/29/2018) |
| Vacation Pay - 2017 - (adjustment paid in 2018) | | | | | | 520.94 | |
| Sick Pay - 2017 - (adjustment paid in 2018) | | | | | | 439.80 | |
| | | | | | | 960.74 | (paid 3/29/18) |
| End of Term Payout - 2018 | | | | | | | |
| | | $ | 118,046.02 | 323.41 | 60 | 19,404.60 | (paid 6/29/2018) |
| Profit Sharing - 2018 | | | | | | 1,279.64 | (paid 3/8/19) |

**Appendix 10**
**APFA 78**

|  |  |  | C |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **National Officer:** | Nena Martin |  |  | Overpayment Calculation |  |  |  |  |
|  |  | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment |  |  |  |
| **Vacation Pay - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 131,844.90 | 361.22 | 14 | $ 5,057.08 | (paid 3/29/2018) |  |  |
| Correct calculation amount |  | $ 101,510.74 | 278.11 | 14 | $ 3,893.54 |  |  |  |
|  |  |  |  | Overpayment | $ 1,163.54 |  | $ 1,163.54 |  |
| **Sick Pay - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 131,844.90 | 361.22 | 12 | $ 4,334.64 | (paid 3/29/2018) |  |  |
| Correct calculation amount |  | $ 101,510.74 | 278.11 | 12 | $ 3,337.32 |  |  |  |
|  |  |  |  | Overpayment | $ 997.32 |  | $ 997.32 |  |
| **End of term payout - 2018** |  |  |  |  |  |  |  |  |
| Original amount - paid in error (a) |  | $ 118,046.02 | 323.41 | 60 | $ 19,404.60 | (paid 6/29/2018) |  |  |
| Correct calculation amount |  | $ 107,893.92 | 295.60 | 60 | $ 17,736.00 |  |  |  |
|  |  |  |  | Overpayment | $ 1,668.60 |  | $ 1,668.60 |  |
| Vacation Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 520.94 |  | $ 520.94 | (paid 3/29/2018) |
| Sick Pay - 2017 - (adjustment paid in 2018....all paid in error) |  |  |  | Overpayment | $ 439.80 |  | $ 439.80 | (paid 3/29/2018) |
|  |  |  |  | Overpayment subtotal |  |  | $ 4,790.20 | ** |
|  |  | Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** |  |  |  |  | $ 67.06 | (based on 1.4%) |
|  |  | **Total overpayment - due to APFA** |  |  |  |  | **$ 4,857.26** |  |

(a) - included union pay (MEA/SAF)

**Appendix 11**

**APFA 79**

| A |
|---|

**Bob Ross - National President Pay**

116 hours paid monthly at the highest purser pay including international override, per the policy manual.

```
*    Maximum flight attendant pay       60.13
     Purser Pay                          7.50
     International pay                   3.75
                                        71.38    116 hours    8,280.08

     Bi-monthly pay 4/1/16 - 12/31/16                          4,140.04

**   Maximum flight attendant pay       61.33
     Purser Pay                          7.50
     International pay                   3.75
                                        72.58    116 hours    8,419.28

     Bi-monthly pay - 1/1/17 - 5/1/17                          4,209.64

                              101,031.36    Annual salary
                                   276.80    Daily rate for sick and vacation

***  Maximum flight attendant pay       64.96
     Purser Pay                          7.50
     International pay                   3.75
                                        76.21    116 hours    8,840.36

     Bi-monthly pay - 5/2/17 - 12/31/17                        4,420.18

                              106,084.32    Annual salary
                                   290.64    Daily rate for sick and vacation

**** Maximum flight attendant pay       66.26
     Purser Pay                          7.50
     International pay                   3.75
                                        77.51    116 hours    8,991.16

     Bi-monthly pay - 1/1/18 - 7/31/18                         4,495.58

                              107,893.92    Annual salary
                                   295.60    Daily rate for sick and vacation
```

\*   Pay rates effective 4/1/16  
\*\*  Pay rates effective 1/1/17 - 5/1/17  
\*\*\* Pay rates effective 5/2/17 - 12/31/17 (1.6% increase)  
\*\*\*\* Pay rates effective 1/1/18 - 7/31/18

**Appendix 12**

**APFA 80**

| | | | B | | | | |
|---|---|---|---|---|---|---|---|
| National Officer: | Bob Ross | | | | | | |
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| Profit Sharing - 2016 | | | | | | 2,652.22 | (paid 3/10/17) |
| Vacation Pay - 2017 | | $ | 101,031.36 | 276.80 | 14 | 3,875.20 | (paid 3/31/17) |
| Sick Pay - 2017 | | $ | 101,031.36 | 276.80 | 12 | 3,321.60 | (paid 3/31/17) |
| Retro - Wage Arbitration Award 1.6% | | | | | | 918.72 | (paid 6/1/17) |
| Triple Play Grand Slam | | | | | | 300.00 | (paid 7/6/17) |
| Grand slam | | | | | | 150.00 | (paid 1/25/18) |
| (Additional $50 grand slam paid on 2/15/18 salary check) | | | | | | | |
| 2017 Profit Sharing | | | | | | 2,458.19 | (paid 3/9/18) |
| Vacation & Sick Pay - 2017 - (adjustment paid in 2018) | | | | | | 968.76 | (paid 3/29/2018) |
| Vacation Pay - 2017 (remaining unused days per agreement) | | $ | 114,632.67 | 314.06 | 17 | 5,339.02 | (paid 3/29/2018) |
| Vacation Pay - 2018 (remaining unused days per agreement) | | $ | 122,121.70 | 334.58 | 29 | 9,702.82 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $4,851.41 each) | | | | | | | |
| Sick Pay - 2018 | | $ | 122,121.69 | 334.58 | 12 | 4,014.96 | (paid 3/29/2018) |
| End of Term Payout - 2017 (January 1 - December 31, 2017) | | $ | 118,046.02 | 334.58 | 35 | 11,710.30 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $3,903.43 each and one for $3,903.44) | | | | | | | |
| End of Term Payout - 2018 (January 1 - July 31, 2018) | | $ | 118,046.02 | 334.58 | 20.44 | 6,838.82 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $3,419.41 each) | | | | | | | |
| Profit sharing 2018 | | | | | | 1,403.99 | (paid 3/8/19) |

**Appendix 13**

**APFA 81**

| National Officer: | Bob Ross | | C | Overpayment Calculation | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | | Payment | | |
| Vacation Pay - 2017 | | | | | | | | | |
| Original amount | | $ | 101,031.36 | 276.80 | 14 | $ | 3,875.20 | OK (paid 3/31/17) | |
| | | | | | Overpayment | $ | - | $ | - |
| Sick Pay - 2017 | | | | | | | | | |
| Original amount | | $ | 101,031.36 | 276.80 | 12 | $ | 3,321.60 | OK (paid 3/31/17) | |
| | | | | | Overpayment | $ | - | $ | - |
| Vacation & Sick Pay - 2017 - (adjustment paid in 2018....all paid in error) | | | | | Overpayment | $ | 968.76 | $ | 968.76 |
| Vacation Pay - 2017 (remaining unused days per agreement) | | | | | | | | | |
| Original amount - paid in error (a) | | $ | 114,632.67 | 314.06 | 17 | $ | 5,339.02 | (paid 3/29/2018) | |
| Correct calculation amount | | $ | 101,031.36 | 276.80 | 17 | $ | 4,705.60 | | |
| | | | | | Overpayment | $ | 633.42 | $ | 633.42 |
| Vacation Pay - 2018 (remaining unused days per agreement) | | | | | | | | | |
| Original amount - paid in error (a) | | $ | 122,121.70 | 334.58 | 29 | $ | 9,702.82 | (paid 3/29/2018) | |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 29 | $ | 8,572.40 | | |
| | | | | | Overpayment | $ | 1,130.42 | $ | 1,130.42 |
| Sick Pay - 2018 | | | | | | | | | |
| Original amount - paid in error (a) | | $ | 122,121.69 | 334.58 | 12 | $ | 4,014.96 | (paid 3/29/2018) | |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 12 | $ | 3,547.20 | | |
| | | | | | Overpayment | $ | 467.76 | $ | 467.76 |
| End of term payout - 2017 (January 1 - December 31, 2017) | | | | | | | | | |
| Original amount - paid in error (a) | | $ | 118,046.02 | 334.58 | 35 | $ | 11,710.30 | (paid 3/29/2018) | |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 35 | $ | 10,346.00 | | |
| | | | | | Overpayment | $ | 1,364.30 | $ | 1,364.30 |
| End of Term Payout - 2018 (January 1 - July 31, 2018) | | | | | | | | | |
| Original amount - paid in error (a) | | $ | 118,046.02 | 334.58 | 20.44 | $ | 6,838.82 | (paid 3/29/2018) | |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 20.44 | $ | 6,042.06 | | |
| | | | | | Overpayment | $ | 796.75 | $ | 796.75 |
| | | | | | Overpayment subtotal | | | $ | 5,361.41 | ** |
| | | Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** | | | | | | $ | 75.06 | (based on 1.4%) |
| | | Total overpayment - due to APFA | | | | | | $ | 5,436.47 | |

**Appendix 14**

**APFA 82**