IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EUGENIO VARGA | § |
| | § |
| VS. | §   CIVIL NO. 4:22-CV-430-Y |
| | § |
| ASSOCIATION OF PROFESSIONAL | § |
| FLIGHT ATTENDANTS, ET AL. | § |

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Pending before the Court is Plaintiff's Second Motion to Compel Defendants' Production of Documents (doc. 139). After review of this motion, the Court concludes that it should be and is hereby **REFERRED** to United States Magistrate Judge Jeffrey L. Cureton for determination. *See* 28 U.S.C. § 636(b)(1)(A).

All papers filed hereafter regarding this motion shall include the following notation under the case-number: "**(Relates to Motion Referred to Magistrate Judge Cureton)**."[1]

SIGNED November 6, 2023.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The judge's copy of all documents related to this motion should be mailed to the Honorable Jeffrey L. Cureton, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Room 520, Fort Worth, Texas 76102.