```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

EUGENIO VARGAS                    §
                                  §
VS.                               §     ACTION NO. 4:22-CV-430-Y
                                  §
ASSOCIATION OF PROFESSIONAL       §
FLIGHT ATTENDANTS, ET AL.         §

<u>ORDER DENYING MOTION TO EXTEND DEADLINES TO AMEND AND JOIN</u>

Pending before the Court is Plaintiff's Motion to Extend Deadlines to Amend and Join Additional Parties (doc. 125). After review of the motion, related briefs, record in this cause, and applicable law, the Court concludes that the motion should be, and it is hereby, DENIED, for the reasons urged by Defendants.

Plaintiff contends that he requires the extension of time "[a]s a result of the [d]efendants' discovery responses served on September 1, 2023." (Pl.'s Mot. to Extend (doc. 125) 2, ¶ 9.) The Court finds this assertion less than credible given the representations made in Plaintiff's briefs in support of his previously filed--and denied--motions to amend his complaint. (Pl.'s Br. in Supp. of Mot. for Leave to File Second Am. Compl. and for Joinder (doc. 86) at 11; Pl.'s Second Mot. for Leave to File Second Am. Compl. (doc. 102) at 2.) Furthermore, Plaintiff persists in his failure, pointed out in the second footnote of the Court's July 27, 2023 order, to demonstrate exactly when he first learned, or with the exercise of due diligence should have learned, that all four of the APFA's national union officers received the confidential memo at issue.[1]  Consequently,

---

[1] The Court notes, however, that Plaintiff previously admitted that he learned that the confidential memorandum had been sent to all four national officers on March 7, 2023, a full month prior to the deadline for joining additional parties. (Pl.'s Second Mot. for Leave to File Second Am. Compl. and for Joinder (doc. 102)

<u>ORDER DENYING MOTION TO EXTEND DEADLINES TO AMEND AND JOIN - Page 1</u>
TRM/chr

the Court concludes that Plaintiff has failed to demonstrate good cause for the extensions he seeks.

    SIGNED November 16, 2023.

                                             _____
                                             TERRY R. MEANS
                                             UNITED STATES DISTRICT JUDGE

---

at 2.)