IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| EUGENIO VARGAS, | § |
| | § |
| Plaintiff/Counterclaim Defendant, | § Civil Action No. 4:22-cv-430-Y |
| | § |
| | § Judge Terry R. Means |
| v. | § |
| | § |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, *et al.*, | § (Relates to Motion Referred to |
| | § Magistrate Judge Cureton) |
| Defendants/Counterclaim Plaintiff. | § |

## NOTICE OF WITHDRAWAL OF PLAINTIFF ROBERT (BOB) ROSS'S MOTION TO QUASH

On September 25, 2023, Plaintiff Eugenio Vargas filed his Motion to Quash Notice to Take Deposition and for Temporary Protective Order, Dkt. No. 118 ("Motion"). Plaintiff Vargas now files this Notice to inform the Court that he is withdrawing his previously filed Motion because it is moot pursuant to the Order Regarding Motion to Quash and for Protective Order and Referring Motion to Magistrate Judge, Dkt. No. 126, signed on September 29, 2023.

DATED:  November 29, 2023

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com

6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com
**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 29th day of November 2023.**

/s/  Kerri Phillips
Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com


Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org


James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com