UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER – MOTION HEARING

**JUDGE:** Jeffrey L. Cureton
**LAW CLERK:** J. Gillett
**COURT REPORTER:** none

---

**CASE NO.:** 4:22-CV-430-Y
**CASE STYLE:** *Vargas v. Association of Professional Flight Attendants, et al.*
**DATE HELD:** 12-26-23
**TIME:** 10:00 a.m. – 11:03 a.m.
**TOTAL TIME IN COURT** = 63 minutes

---

**APPEARANCES:**

**PLAINTIFF:** Eugenio Vargas (Not Present)
**COUNSEL FOR PLAINTIFF:** Kerri Phillips

**DEFENDANT:** Association of Professional Flight Attendants, Julie Hendrick, and Erik Harris
**COUNSEL FOR DEFENDANTS:** Jeffrey Bartos, Charlette Matts, James Sanford, and Michael Rake

**PROCEEDINGS CONDUCTED:**

A motion hearing was held regarding the parties' various motions.

- Plaintiff's Amended Motion to Compel [doc. 134] is **DENIED**;

- Plaintiff's Second Motion to Compel [doc. 139] is **GRANTED in part** and **DENIED in part** in that:

    a. Plaintiff's motion is **GRANTED** with regard to responsive documents related to Nena Martin;
    b. Plaintiff's Motion is **DENIED** with regard to all other requested relief; and
    c. The Court **ORDERS** Defendants to redouble their efforts to find and produce responsive documents regarding Julie Hedrick.

- Plaintiff's Motion to Quash and for Protective Order [doc. 169] is **GRANTED in part** in that Defendants shall issue a new notice of deposition for February 1–2, 2024. Plaintiff withdrew his Motion for Protective Order.

The hearing concluded.

1